UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| DARNELL ANTHONY JACKSON, | : | VIOLATIONS: |
|    also known as Donnell Jackson, | : | |
|    also known as Fats, | : | 21 U.S.C. §846 |
|    also known as Darnell Adams, | : | (Conspiracy to Distribute and Possess with |
| TROY ANTOINE HOPKINS, | : | Intent to Distribute One Kilogram or More |
|    also known as Fat Troy, | : | of Phencyclidine); |
|    also known as Dialo Fatah, | : | 21 U.S.C.§§ 841(a)(1) and 841(b)(1)(A)(iv) |
| TONY FITZGERALD HILT, | : | (Unlawful Possession With Intent to |
|    also known as Tonia Hilt, | : | Distribute One Kilogram or More of |
|    also known as T, | : | Phencyclidine); |
| TINESHA DENISE ADAMS, | : | 21 U.S.C. §§841(a)(1) and 841(b)(1)(A)(iv) |
|    also known as Neesha, | : | (Unlawful Distribution of One Kilogram |
| SHAWNTAE ANDERSON, | : | or More of Phencyclidine); |
| LAWRENCE BRYANT, | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iv) |
| TROY JAMAL CHAVIOUS, | : | (Unlawful Distribution of One Hundred |
|    also known as Little Troy, | : | Grams or More of Phencyclidine); |
|    also known as L.T., | : | 21 U.S.C. §853 |
| CHRISTOPHER MICHAEL DOBBINS, | : | (Criminal Forfeiture); |
|    also known as Dookie, | : | 18 U.S.C. §2 |
| JOHN DOWNS, III, | : | (Aiding and Abetting); |
|    also known as J.D., | : | |
| LANIKA MERCEDES FRANKLIN, | : | |
| WILLIAM HENRY GRAY, | : | |
|    also known as "Punchy," | : | |
|    also known as "P," | : | |
| BERNIE HARGROVE, | : | |
| JOHN DOE, | | |
|    also known as Keith Roots, | : | |
|    also known as Slow, | : | |
| DOMINQUE MICHELLE | : | |
| WASHINGTON, | : | |
|    also known as Michelle | : | |
|    Washington | : | |
|       Defendants. | : | |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

From at least on or about sometime in September, 2005, the exact date being unknown to the Grand Jury, and continuing thereafter to at least July, 27, 2006, in the District of Columbia, Maryland, California, and elsewhere, **DARNELL ANTHONY JACKSON, also known as Donnell Jackson, also known as Fats, also known as Darnell Adams, TROY ANTOINE HOPKINS, also known as Fat Troy, also known as Dialo Fatah, TONY FITZGERALD HILT, also known as Tonia Hilt, also known as "T,", TINESHA DENISE ADAMS, also known as Neesha, SHAWNTAE ANDERSON, LAWRENCE BRYANT, TROY JAMAL CHAVIOUS, also known as Little Troy, also known as L.T., CHRISTOPHER MICHAEL DOBBINS, also known as Dookie, JOHN DOWNS, III, also known as J.D., LANIKA MERCEDES FRANKLIN, WILLIAM HENRY GRAY, also known as Punchy, also known as "P," BERNIE HARGROVE, JOHN DOE, also known as Keith Roots, also known as Slow, DOMINIQUE MICHELLE WASHINGTON, also known as Michelle Washington,** did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with co-conspirators and others known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute, a mixture and substance containing a detectable amount of phencyclidine, a Schedule II controlled substance, and the amount of said mixture and substance was one kilogram or more in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv).

(**Conspiracy to Distribute and Possess With Intent to Distribute One Kilogram or More of Phencyclidine**, in violation of Title 21 United States Code, Section 846)

## COUNT TWO

On or about March 10, 2006, within the District of Columbia, **DARNELL ANTHONY JACKSON, also known as Donnell Jackson, also known as Fats, also known as Darnell Adams, BERNIE HARGROVE, JOHN DOE, also known as Keith Roots, also known as Slow**, and **DOMINIQUE MICHELLE WASHINGTON, also known as Michelle Washington**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was one kilogram or more.

>   (**Unlawful Possession With Intent to Distribute One Kilogram or More of Phencyclidine and Aiding and Abetting,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv) and Title 18, United States Code, Section 2)

## COUNT THREE

On or about March 10, 2006, within the District of Columbia, **DARNELL ANTHONY JACKSON, also known as Donnell Jackson, also known as Fats, also known as Darnell Adams, BERNIE HARGROVE, JOHN DOE, also known as Keith Roots, also known as Slow**, and **DOMINIQUE MICHELLE WASHINGTON, also known as Michelle Washington**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was one kilogram or more.

>   (**Unlawful Distribution of One Kilogram or More of Phencyclidine and Aiding and Abetting,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv) and Title 18, United States Code, Section 2)

## COUNT FOUR

On or about May 24, 2006, within the District of Columbia, **DARNELL ANTHONY JACKSON, also known as Donnell Jackson, also known as Fats, also known as Darnell Adams,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was 100 grams or more.

(**Unlawful Distribution of One Hundred Grams or More of Phencyclidine,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))

## SPECIAL ALLEGATION OF AMOUNT

During the period of the conspiracy, the amount of phencyclidine purchased, transported, packaged and resold by the various members of the conspiracy exceeded 20 kilograms of a mixture and substance containing phencyclidine.

## FORFEITURE ALLEGATION

1. The violations alleged in Counts One through Four of this Indictment are realleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Counts One through Four of this Indictment, the defendant(s) in this Indictment, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from proceeds obtained directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any

manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to:

    (a)    <u>Money Judgments</u>:

        (i)  a sum of money equal to the total amount of money, representing the amount of proceeds obtained as a result of the offense, conspiracy to distribute and possess with intent to distribute one kilogram or more of phencyclidine, specifically 20 kilograms or more of a mixture and substance containing phencyclidine, which carries a street value of approximately $600,000, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(a)(I), for which the defendants are jointly and severally liable;

By virtue of the commission of the felony offenses charged in Counts One through Four of this Indictment, any and all interest that the defendant(s) have in the property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of drug trafficking or used, or intended to be used, to facilitate drug trafficking, is vested in the United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

    3. If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant(s):

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

  (c)  has been placed beyond the jurisdiction of the Court;

  (d)  has been substantially diminished in value; or

  (e)  has been commingled with other property that cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of said property listed above as being subject to forfeiture.

  (**Criminal Forfeiture**, in violation of Title 21, United States Code, Sections 853 and 853(p).)

A TRUE BILL:

FOREPERSON.

Attorney for the United States in
and for the District of Columbia