# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA** ~~SEALED~~ **DARNELL ANTHONY JACKSON** | **DOCKET NO:** 06-227 13 | **MAGIS. NO:** |
| | **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED** John Doe, a/k/a/ Keith Roots  FILED SEP 0 6 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | |
| **DOB:**    **PDID:** | | |
| **WARRANT ISSUED ON THE BASIS OF:**   INDICTMENT | **DISTRICT OF ARREST** | |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE HUNDRED GRAMS OR MORE OF PHENCYCLIDINE;
CRIMINAL FORFEITURE;
AIDING AND ABETTING

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:

21:846; 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(B)(iv); 21:853; and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| **ORDERED BY:** JUDGE URBINA | **SIGNATURE (JUDGE/MAGISTRATE JUDGE):** U.S. DISTRICT COURT JUDGE URBINA | **DATE ISSUED:** 7/27/06 |
| **CLERK OF COURT:** Nancy Mayer-Whittington | **BY DEPUTY CLERK:** [signature] | **DATE:** 7/27/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED: 7/27/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED: 9-6-06 | Stephanie Owens Deputy US Marshal | [signature] |
| HIDTA CASE:   Yes   No X | | OCDETF CASE:   Yes   No X |