UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | CR Nº: 1:06-cr-227 (RBW) |
| KEITH ROOTS, Defendant | |

ENTRY OF APPEARANCE

**WILL THE CLERK** of the Court please enter the appearance of undersigned counsel, Jensen E. Barber II, on behalf of the Defendant, Keith Roots, pursuant to the provisions of the Criminal Justice Act, effective September 6, 2006.

                                                                        _____
                                                                        JENSEN E. BARBER II
                                                                        LAW OFFICES OF J. E. BARBER, P.C.
                                                                        Unified Bar No. 376325
                                                                        400 7th Street, NW
                                                                        Suite 400
                                                                        Washington, D.C. 20004-2242
                                                                        (202) 737-8511

DATED: September 6, 2006

Law offices of Jensen E. Barber, P.C.  400 7ᵀᴴ Street, N.W.  Suite 400
Washington, D.C. 20004-2242  Tel: 202-737-8511  Fax: 202-628-0249
e-mail: jebarberpc@aol.com

## CERTIFICATE OF SERVICE

**I HEREBY** certify that a copy of the foregoing was served upon via the Court's ECM filing system and specifically to the attention of the below listed parties this September 6, 2006.

                                                                                       _____
                                                                                       **JENSEN E. BARBER II**

S. Elisa Poteat, Esquire
Emory V. Cole, Esquire
Assistant United States Attorneys
555 4th Street, NW
Washington, D.C. 20530