In The

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.

**KEITH ROOTS, et al.**
              Defendants

No.1: 06-cr 227-13 (RBW)

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** Jensen E. Barber, undersigned appointed counsel for Defendant Keith Roots in the above captioned matter, to seek leave of this Court to withdraw as counsel of record for Mr. Roots and ask that follow on counsel be appointed pursuant to the CJA.

In support of this motion, counsel makes the following representations:

    1.  Counsel was appointed about four months ago and has reviewed most of the considerable amount of discovery provided by government counsel.

    2.  Counsel met several times with Mr. Roots regarding this matter as well as the disposition of same. Counsel again met with Defendant on Sunday, December 10, 2006 for several hours.

    3.  Based upon that conference at the DC Jail, the latter part of Defendant's discussion centered on Defendant's dissatisfaction with the manner in which counsel had heretofore represented Defendant.

    4.  The relationship has devolved into one of distrust of counsel's motives and manner in representing Mr. Roots, consequently rendering the attorney-client relationship irreparably harmed.

5. Counsel informed Defendant that he would withdraw for his case with leave of the Court to do so, and seek appointment of another lawyer to represent Defendant in this matter. Defendant agreed. A copy of this motion has been mailed to Defendant Roots at the DC Jail.

6. Counsel is prepared to provide follow-on counsel all files, *etc.*, as soon as new counsel is appointed.

**WHEREFORE**, based upon the foregoing and the Defendant's 6th Amendment right to counsel, Counsel seeks leave of this Court to withdraw as counsel of record in this matter and have the Court appoint another attorney to represent Mr. Roots. Defendant has provided an order to effectuate this request.

Respectfully submitted,
**LAW OFFICES OF J.E. BARBER, PC**

_____
JENSEN E. BARBER II
Unified Bar No. 376325
400 Seventh Street, N.W.
Suite 400
Washington, D.C. 20004-2242
(202) 737-8511
(202) 628-0249 (fax)
JEBarberPC@aol.com

Dated: December 11, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  v.<br><br>**KEITH ROOTS, et al.**<br>                    Defendants | No.1: 06-cr 227-13 (RBW) |

## ORDER

This matter having come before the Court on motion of Defendant Roots' counsel. Counsel seeks leave of this Court to withdraw as counsel of record in this matter and have the Court appoint another attorney to represent Mr. Roots.

Upon consideration of the request and the lack of opposition thereto, and the entire Record herein, it appearing to the Court that good cause exists for granting this motion, it is therefore this_____day of December ,2006,

**ORDERED**, that said motion be and the same hereby is **GRANTED.**

**SO ORDERED.**

                                                                                    _____
                                                                                    **REGGIE B. WALTON**
                                                                                    UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

    The undersigned certifies that he served the within pleading by first class mail upon the Defendant Keith Roots at the DC Jail and that the other parties will be notified by filing with the Court's ECM electronic filing system this 11th day of December 2006.

                                                                           _____
                                                                           Jensen E. Barber II

Case 1:06-cr-00227-RBW   Document 58   Filed 12/11/2006   Page 4 of 4